IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY D. BUFORD,

        Petitioner,                     No. CIV S-08-2986 KJM P

    vs.

JAMES A. YATES, Warden,

        Respondents.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a writ of habeas corpus. This court had previously granted a stay to allow petitioner to exhaust two claims. His amended petition does not include the claims petitioner had sought to exhaust, but raises two additional claims.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's amended habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The stay entered April 24, 2009 is hereby lifted;

/////

/////

1

2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of the amended petition for writ of habeas corpus and the form for consent to the magistrate judge's jurisdiction on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: October 5, 2009.

_____
U.S. MAGISTRATE JUDGE

bufo2986.100